COLONIA REALTY ASSOCIATES v. RICHARD COLOSA, ET AL.

OLYMPIC HEALTH CLUB, INC. v. JOHN COSSA.

January 17, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. GUY FRANKLIN.

January 17, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. ANTONIO SIVO.

January 17, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. HUMPHREY GORDON.

January 17, 1989.

Petition for certification denied.